# IN THE NORTHERN DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDER GAMMIE ASSOCIATES PLUMBING & HEATING COMPANY, an Illinois corporation, and FRANK E. HEROUT, Individually, <br><br> Defendants. | No.  12 C 2197 <br><br> Judge Lee <br><br> Magistrate Judge Valdez |

## PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, the BOARDS OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUNDS, by and through their attorneys, ANDREW S. PIGOTT, DONALD D. SCHWARTZ, and ARNOLD & KADJAN, and, in their Motion for Judgment in Sum Certain, state as follows:

1.  Plaintiff Trustees filed their Complaint against Defendants, ALEXANDER GAMMIE ASSOCIATES PLUMBING & HEATING COMPANY, and FRANK E. HEROUT, on March 26, 2012.

2.  In Count One of the Complaint, Plaintiffs sought an award of delinquent contributions contained in an Installment Note signed by both Defendants.

3.  In Count Two of the Complaint, Plaintiffs sought an order compelling Defendant

to submit to a fringe benefit contributions audit for the period January 1, 2011 through the present, and for judgment for any amounts determined to be due to Plaintiffs by the auditor.

    4.    Defendants failed to answer the Complaint and this Court granted Plaintiffs judgment against both Defendants for the balance of the contributions due under the Installment Note, and entered an order compelling Defendant ALEXANDER GAMMIE to submit to audit. (See Ex. A).

    5.    Defendant, ALEXANDER GAMMIE, has submitted to the audit ordered by the Court.

    6.    According to Plaintiffs' auditor, Defendant owes the Plaintiffs $28,278.38 in delinquent contributions, liquidated damages, and audit costs. (See Ex. B).

    7.    According to the Affidavit of Andrew S. Pigott, the Plaintiff Funds have incurred $3,812.50 in attorneys' fees since their initial Motion for Default Judgment & Order Compelling ERISA Fringe Benefit Contribution Audit. (See Ex. C).

WHEREFORE, Plaintiffs ask this Court to enter the Order attached to their Motion as Exhibit D.

    Respectfully submitted,
    **BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, et al.**

    BY:   s/Andrew S. Pigott
             One of Plaintiffs Attorneys

Donald D. Schwartz
Andrew S. Pigott
ARNOLD AND KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415
apigott@arnoldandkadjan.com
dds3662@yahoo.com